UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DONTE PRATT,<br><br>           Defendant. | CASE NO.: 23 Mag. 2377 (UA)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

On the motion of Defendant Donte Pratt, and with the non-objection of the Government, Mr. Pratt's bail conditions are modified to permit him to:

(1) Travel via subway or car to and from Alternative Education for his GED course; and

(2) During lunch breaks, to exit Alternative Education to purchase lunch in the vicinity, promptly returning to Alternative Education.

All other conditions previously set by the Court remain in effect, and Mr. Pratt is reminded that side-trips are NOT permitted without prior permission of his Pretrial Services Officer.

Dated:     New York, New York
           June 21, 2023

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**