UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

DONTE PRATT,

           Defendant.

CASE NO.: 23 Mag. 2377 (UA)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the telephone conference held today, August 30, 2023, the Court will permit Mr. Pratt to take the GED exam in September. Notice must be given to Pretrial Services at least two business days before the exam. All other conditions previously set by the Court remain in effect.

Dated:    New York, New York
            August 30, 2023

                                      SO ORDERED

                                      _____
                                      SARAH L. CAVE
                                      **United States Magistrate Judge**