UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>DONTE PRATT,<br><br>                    Defendant. | CASE NO.: 23 Mag. 2377 (UA)<br><br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for Tuesday, October 3, 2023 is RESCHEDULED to **Wednesday, October 11, 2023 at 9:00 am** on the Court's conference line. The parties, including Mr. Pratt, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:   New York, New York
         September 28, 2023

                                             SO ORDERED

                                             _____
                                             SARAH L. CAVE
                                             **United States Magistrate Judge**